UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:   Case No. 24-45025

ROGER J. OTTOMAN,   Chapter 12

        Debtor.   Judge Thomas J. Tucker
_____/

**ORDER OVERRULING THE DEBTOR'S OBJECTION TO CLAIM NUMBER 2 OF AMERICAN MORTGAGE FUND I, LLC, AND CANCELLING JANUARY 15, 2025 HEARING**

This case is before the Court on a claim objection filed by the Debtor on December 4, 2024, entitled "Debtor's Objection to Claim No. 2 of American Mortgage Fund I, LLC" (Docket # 124, the "Claim Objection"). For the reasons stated in the Court's written opinion filed today regarding the motion for relief from stay filed by American Mortgage Fund I, LLC (Docket # 127, the "Stay Relief Opinion"), the Debtor and this Court are bound by the Foreclosure Judgment[1] entered by the state court, under principles of collateral estoppel, and therefore the Debtor cannot challenge the validity or amount of AMF's claim in this Court. Accordingly, the Debtor's Claim Objection must be overruled. The Debtor must seek relief regarding the validity or amount of AMF's claim in an appropriate state court, including in any state court appeal(s), not in this Court. Accordingly,

IT IS ORDERED that the Debtor's Claim Objection (Docket # 124) is overruled.

IT IS ORDERED that the hearing on the Claim Objection, scheduled for January 15, 2025 at 11:00 a.m., is cancelled.

---

[1] Capitalized terms used but not defined in this Order have the meanings given to them in the Stay Relief Opinion.

**Signed on December 6, 2024**



/s/ Thomas J. Tucker
_____
**Thomas J. Tucker
United States Bankruptcy Judge**