UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                Case No. 24-45025

ROGER J. OTTOMAN,                      Chapter 12

           Debtor.                            Judge Thomas J. Tucker
_____/

**ORDER DENYING CONFIRMATION OF THE DEBTOR'S PROPOSED CHAPTER 12 PLAN, CANCELLING THE DECEMBER 11, 2024 CONFIRMATION HEARING, AND REQUIRING THE DEBTOR TO FILE AN AMENDED PLAN NO LATER THAN JANUARY 10, 2025**

This Chapter 12 case is currently scheduled for an adjourned confirmation hearing, to be held on December 11, 2024 at 11:00 a.m., regarding confirmation of the Debtor's proposed plan (Docket # 22, the "Plan"). For the reasons stated in the Court's written opinion filed today regarding the motion for relief from stay filed by American Mortgage Fund I, LLC (Docket # 127), and also because of the stay relief provided in the Order filed today granting the Motion (Docket # 128, the "Stay Relief Order"), it is clear that the Debtor's Plan cannot be confirmed. The Court finds good cause to enter this Order.

IT IS ORDERED that confirmation of the Debtor's Plan (Docket # 22) is denied, and the confirmation hearing scheduled for December 11, 2024 at 11:00 a.m. is cancelled.

IT IS FURTHER ORDERED that the Debtor must file an amended proposed Chapter 12 plan, and the deadline for filing and serving such amended plan is January 10, 2025.

IT IS FURTHER ORDERED that any amended plan filed by the Debtor must be consistent with the stay relief granted in the Stay Relief Order. *Cf.* 11 U.S.C. § 363(d)(2).

IT IS FURTHER ORDERED that if the Debtor does not timely file an amended plan that fully complies with this Order, the Court may dismiss this case, without further notice or hearing.

IT IS FURTHER ORDERED that if the Debtor does timely file an amended plan that fully complies with this Order, the Court will schedule a new confirmation hearing.

**Signed on December 6, 2024**



/s/ Thomas J. Tucker
_____
**Thomas J. Tucker
United States Bankruptcy Judge**